TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00019-CV

Nelson Lewis, Appellant

v.

DGS Enterprises, Inc., Appellee

FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NO. 17,532, HONORABLE GUILFORD L. JONES, III, JUDGE PRESIDING 

PER CURIAM

 Nelson Lewis and DGS Enterprises, Inc. have a filed a Motion to Dismiss Appeal. 
We grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Joint Motion

Filed: May 20, 1999

Do Not Publish